Scott R. Cook, Esq.
Nevada Bar No. 005265
Jonathan D. Blum, Esq.
Nevada Bar No. 009515
**Kolesar & Leatham**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: scook@klnevada.com
jblum@klnevada.com
-and-
Scott J. Slavick, Esq. (IL Bar No. 6256681) – *Pro Hac Vice Pending*
Sharon E. Calhoun, Esq. (IL Bar No. 6294212) - *Pro Hac Vice Pending*
**Barack Ferrazzano Kirschbaum & Nagelberg LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
E-Mail: scott.slavick@bfkn.com
sharon.calhoun@bfkn.com

Attorneys for Defendant/Counterclaimant
AFFORDABLE CARE, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AFFORDABLE CARE, LLC, a North Carolina limited liability company,<br><br>Defendant. | CASE NO. 2:16-cv-01636-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER REGARDING SATISFACTION OF ATTORNEYS' FEES AND COSTS INCURRED** |
| AND RELATED COUNTERCLAIM | |

BOSTON DENTAL GROUP, LLC and AFFORDABLE CARE, LLC (collectively, the "PARTIES"), through their respective counsel hereby stipulate and agree as follows:

In accordance with the Court's December 6, 2017 Minute Order [Dkt. 80] denying Boston Dental Group's motion to compel [Dkt. 32], and awarding Affordable Care its attorneys'

fees and costs incurred in responding to Boston Dental Group's motion to compel, the Parties have reached a resolution regarding the amount of attorneys' fees and costs recoverable by Affordable Care pursuant to Fed. R. Civ. P. 37(a)(5)(B).

The Parties stipulate that Affordable Care shall be awarded $15,000 in attorneys' fees and costs to be assessed at the conclusion of the case.

**IT IS SO STIPULATED.**

DATED this 19th day of December, 2017.

**KOLESAR & LEATHAM**

By: _____
SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
-and-
SCOTT J. SLAVICK, ESQ.
(IL Bar No. 6256681) – *Pro Hac Vice*
SHARON E. CALHOUN, ESQ.
(IL Bar No. 6294212) - *Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606

*Attorneys for Defendant/Counterclaimant Affordable Care, LLC*

DATED this 19th day of December, 2017.

**MICHAEL R. MUSHKIN & ASSOCIATES P.C.**

By: ___/s/Mark Borghese_____
MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 002421
4475 S. Pecos Road
Las Vegas, NV 89121
-and-
Mark Borghese, Esq.
Nevada Bar No. 006231
**BORGHESE LEGAL, LTD.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff/CounterDefendant Boston Dental Group, LLC*

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED THAT** Pursuant to this Court's December 6, 2017 Order, Fed. R. Civ. P. 37(a)(5)(B), and the stipulation of the parties, that Plaintiff shall pay Defendant a total amount of $15,000 in attorneys' fees and costs at the conclusion of the case.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

DATED: 12/20/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE