SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: scook@klnevada.com
jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
E-Mail: scott.slavick@bfkn.com
sharon.calhoun@bfkn.com
hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AFFORDABLE CARE, LLC, a North Carolina limited liability company,<br><br>Defendant. | Case No.: 2:16-cv-01636-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE PRETRIAL ORDER DEADLINE TWENTY-ONE (21) DAYS TO MAY 17, 2018**<br><br>**(FIRST REQUEST)** |
| AND RELATED COUNTERCLAIM | |

1       Pursuant to LR IA 6-1 and 6-2, it is hereby agreed to and stipulated between Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"), by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum & Nagelberg LLP, on the other hand, to a twenty-one (21) day extension of the April 26, 2018 Joint Pretrial Order deadline, until May 17, 2018, for the purpose of allowing the parties to focus on settlement negotiations, as further set forth herein. This is the first stipulation for extension of time to extend the Joint Pretrial Order deadline.

      The parties have been diligently working to comply with the April 26, 2018 Joint Pretrial Order deadline and have also been simultaneously engaged in settlement negotiations. The parties now seek a brief twenty-one (21) day extension of the Joint Pretrial Order deadline in order to focus on settlement. The litigation of this matter will be best served by the proposed extension.

      Preparation of the Joint Pretrial Order is time-consuming and the parties would like to put their effort into settlement. Further, the costs that would be incurred in finalizing a Joint Pretrial Order could be better used to resolve the dispute. There is good cause to grant the parties' first stipulation for extension of time because the parties have been diligent in preparing the Joint Pretrial Order and are engaged in serious settlement negotiations. *See Fernandez v. N.V.*, Case No. 2011 WL 3957612 at *2 (Dist. Nev. Sept. 6, 2011) (granting motion for extension of time to file pretrial brief because parties engaged in settlement negotiations). The parties do not anticipate that a brief twenty-one (21) day extension of time to submit the Joint Pretrial Order will affect potential trial dates.

      Accordingly, the parties stipulate that the deadline for the Joint Pretrial Order be extended for twenty-one (21) days from April 26, 2018 to May 17, 2018.

1457119.v1

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 23rd day of April, 2018 | DATED this 23rd day of April, 2018 |
| **KOLESAR & LEATHAM** | **BORGHESE LEGAL, LTD.** |

By */s/ Sharon E. Calhoun*            By */s/ Mark Borghese*

    SCOTT R. COOK, ESQ.  
    Nevada Bar No. 005265  
    JONATHAN D. BLUM, ESQ.  
    Nevada Bar No. 009515  
    400 South Rampart Boulevard, Suite 400  
    Las Vegas, Nevada 89145  
    scook@klnevada.com  
    jblum@klnevada.com

    MARK BORGHESE, ESQ.  
    Nevada Bar No. 6231  
    10161 Park Run Drive, Suite 150  
    Las Vegas, Nevada 89145  
    mark@borgheselegal.com

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
scott.slavick@bfkn.com
sharon.calhoun@bfkn.com
hannah.jurowicz@bfkn.com

MICHAEL R. MUSHKIN, ESQ.
Nevada Bar No. 2421
**MICHAEL R. MUSHKIN & ASSOCIATES P.C.**
4475 S. Pecos Road
Las Vegas, Nevada 89121
michael@mushlaw.com

Attorneys for Plaintiff
Boston Dental Group, LLC

Attorneys for Defendant
Affordable Care, LLC

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: April 24, 2018

-3-