SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: scook@klnevada.com
jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
Facsimile: (312) 984-3150
E-Mail: scott.slavick@bfkn.com
sharon.calhoun@bfkn.com
hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company, | Case No.: **2:16-cv-01636-RFB-CWH** |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND THE PRETRIAL ORDER DEADLINE TWENTY-EIGHT (28) DAYS TO JUNE 14, 2018** |
| vs. | **(SECOND REQUEST)** |
| AFFORDABLE CARE, LLC, a North Carolina limited liability company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to LR IA 6-1 and 6-2, it is hereby agreed to and stipulated between Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"), by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum & Nagelberg LLP, on the other hand, to a twenty-eight (28) day extension of the May 17, 2018 Joint Pretrial Order deadline, until June 14, 2018, for the purpose of allowing the parties to finalize a settlement agreement in principle, as further set forth herein. This is the second stipulation for extension of time to extend the Joint Pretrial Order deadline.

On April 24, 2018, this Court extended the Pretrial Order deadline to May 17, 2018 to allow the parties time to reach a settlement agreement. Since that time, the parties have successfully reached an agreement in principle and are working to finalize a settlement agreement. The parties now seek a brief twenty-eight (28) day extension of the Joint Pretrial Order deadline in order to finalize and execute the settlement agreement. The litigation of this matter will be best served by the proposed extension. There is good cause to grant the parties' second stipulation for extension of time because the parties only seek the extension to allow time to finalize the settlement in principle. *See Fernandez v. N.V.*, Case No. 2011 WL 3957612 at *2 (Dist. Nev. Sept. 6, 2011) (granting motion for extension of time to file pretrial brief because parties engaged in settlement negotiations).

Accordingly, the parties stipulate that the deadline for the Joint Pretrial Order be extended for twenty-eight (28) days from May 17, 2018 to June 14, 2018.

**IT IS SO STIPULATED**.

DATED this 17th day of May, 2018

**KOLESAR & LEATHAM**

DATED this 17th day of May, 2018

**BORGHESE LEGAL, LTD.**

By */s/ Sharon E. Calhoun*

By */s/ Mark Borghese*

1457119.v1

S<small>COTT</small> R. C<small>OOK</small>, E<small>SQ</small>.
Nevada Bar No. 005265
J<small>ONATHAN</small> D. B<small>LUM</small>, E<small>SQ</small>.
Nevada Bar No. 009515
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
scook@klnevada.com
jblum@klnevada.com

S<small>COTT</small> J. S<small>LAVICK</small>, E<small>SQ</small>. (IL Bar No.
6256681) *Admitted Pro Hac Vice*
S<small>HARON</small> E. C<small>ALHOUN</small>, E<small>SQ</small>. (IL Bar No.
6294212) - *Admitted Pro Hac Vice*
H<small>ANNAH</small> Y. J<small>UROWICZ</small>, E<small>SQ</small>. (IL Bar No.
6317050) – *Admitted Pro Hac Vice*
**B<small>ARACK</small> F<small>ERRAZZANO</small> K<small>IRSCHBAUM</small> &
N<small>AGELBERG</small> LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone: (312) 984-3100
scott.slavick@bfkn.com
sharon.calhoun@bfkn.com
hannah.jurowicz@bfkn.com

Attorneys for Defendant
Affordable Care, LLC

M<small>ARK</small> B<small>ORGHESE</small>, E<small>SQ</small>.
Nevada Bar No. 6231
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
mark@borgheselegal.com

M<small>ICHAEL</small> R. M<small>USHKIN</small>, E<small>SQ</small>.
Nevada Bar No. 2421
**M<small>ICHAEL</small> R. M<small>USHKIN</small> & A<small>SSOCIATES</small>
P.C.**
4475 S. Pecos Road
Las Vegas, Nevada 89121
michael@mushlaw.com

Attorneys for Plaintiff
Boston Dental Group, LLC

## <u>ORDER</u>

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

D<small>ATED</small> this 18th day of May, 2018.

-3-