SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    scook@klnevada.com
           jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-Mail:    scott.slavick@bfkn.com
           sharon.calhoun@bfkn.com
           hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company, | Case No.:  **2:16-cv-01636-RFB-CWH** |
| Plaintiff, | |
| | **STIPULATION AND PROPOSED ORDER TO EXTEND THE PRETRIAL ORDER DEADLINE TWENTY-EIGHT (28) DAYS TO JULY 12, 2018** |
| vs. | **(THIRD REQUEST)** |
| AFFORDABLE CARE, LLC, a North Carolina limited liability company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

1    Pursuant to LR IA 6-1 and 6-2, it is hereby agreed to and stipulated between

2    Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and

3    through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the

4    one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"),

5    by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum &

6    Nagelberg LLP, on the other hand, to a twenty-eight (28) day extension of the June 14, 2018

7    Joint Pretrial Order deadline, until July 12, 2018, for the purpose of allowing the parties to

8    finalize a settlement agreement in principle, as further set forth herein.  This is the third

9    stipulation for extension of time to extend the Joint Pretrial Order deadline.

10    On May 18, 2018, this Court extended the Pretrial Order deadline to June 14, 2018 to

11    allow the parties time to finalize a settlement agreement in principle.  Since that time, the

12    parties have been working to finalize the settlement agreement, and are optimistic that

13    settlement negotiations will be concluded shortly.  The parties now seek a brief twenty-eight

14    (28) day extension of the Joint Pretrial Order deadline in order to finalize and execute the

15    settlement agreement.  The litigation of this matter will be best served by the proposed

16    extension.  There is good cause to grant the parties' third stipulation for extension of time

17    because the parties only seek the extension to allow time to finalize the settlement in

18    principle.  *See Fernandez v. N.V.*, Case No. 2011 WL 3957612 at *2 (Dist. Nev. Sept. 6,

19    2011) (granting motion for extension of time to file pretrial brief because parties engaged in

20    settlement negotiations).

21    Accordingly, the parties stipulate that the deadline for the Joint Pretrial Order be

22    extended for twenty-eight (28) days from June 14, 2018 to July 12, 2018.

23

24    **IT IS SO STIPULATED**.

25    DATED this 14th day of June, 2018            DATED this 14th day of June, 2018

26

27

28                                                -2-

1498371.v2

**KOLESAR & LEATHAM**

By */s/ Sharon E. Calhoun*
    SCOTT R. COOK, ESQ.
    Nevada Bar No. 005265
    JONATHAN D. BLUM, ESQ.
    Nevada Bar No. 009515
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada 89145
    scook@klnevada.com
    jblum@klnevada.com

    SCOTT J. SLAVICK, ESQ. (IL Bar No.
    6256681) *Admitted Pro Hac Vice*
    SHARON E. CALHOUN, ESQ. (IL Bar No.
    6294212) - *Admitted Pro Hac Vice*
    HANNAH Y. JUROWICZ, ESQ. (IL Bar No.
    6317050) – *Admitted Pro Hac Vice*
    **BARACK FERRAZZANO KIRSCHBAUM &**
    **NAGELBERG LLP**
    200 W. Madison Street, Suite 3900
    Chicago, Illinois 60606
    Telephone: (312) 984-3100
    scott.slavick@bfkn.com
    sharon.calhoun@bfkn.com
    hannah.jurowicz@bfkn.com

Attorneys for Defendant
Affordable Care, LLC

**BORGHESE LEGAL, LTD.**

By */s/ Mark Borghese*
    MARK BORGHESE, ESQ.
    Nevada Bar No. 6231
    10161 Park Run Drive, Suite 150
    Las Vegas, Nevada 89145
    mark@borgheselegal.com

    MICHAEL R. MUSHKIN, ESQ.
    Nevada Bar No. 2421
    **MICHAEL R. MUSHKIN & ASSOCIATES**
    **P.C.**
    4475 S. Pecos Road
    Las Vegas, Nevada 89121
    michael@mushlaw.com

Attorneys for Plaintiff
Boston Dental Group, LLC

## ORDER

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED: June 15, 2018.

1498371.v2