SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:	scook@klnevada.com
	jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-Mail:	scott.slavick@bfkn.com
	sharon.calhoun@bfkn.com
	hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AFFORDABLE CARE, LLC, a North Carolina limited liability company,<br><br>Defendant. | Case No.:  2:16-cv-01636-RFB-CWH<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND THE PRETRIAL ORDER DEADLINE TWENTY-EIGHT (28) DAYS TO AUGUST 9, 2018**<br><br>**(FOURTH REQUEST)** |
| AND RELATED COUNTERCLAIM | |

Pursuant to LR IA 6-1 and 6-2, it is hereby agreed to and stipulated between Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"), by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum & Nagelberg LLP, on the other hand, to a twenty-eight (28) day extension of the July 12, 2018 Joint Pretrial Order deadline, until August 9, 2018, for the purpose of allowing the parties to finalize a settlement agreement, as further set forth herein. This is the fourth stipulation for extension of time to extend the Joint Pretrial Order deadline.

On June 14, 2018, this Court extended the Pretrial Order deadline to July 12, 2018 to allow the parties time to finalize a settlement agreement in principle. Since that time, the parties have been working to finalize the settlement agreement. The parties are optimistic that settlement negotiations will be concluded shortly. Accordingly, the parties seek a brief twenty-eight (28) day extension of the Joint Pretrial Order deadline in order to finalize and execute the settlement agreement. The litigation of this matter will be best served by the proposed extension. There is good cause to grant the parties' third stipulation for extension of time because the parties only seek the extension to allow time to finalize the settlement in principle. *See Fernandez v. N.V.*, Case No. 2011 WL 3957612 at *2 (Dist. Nev. Sept. 6, 2011) (granting motion for extension of time to file pretrial brief because parties engaged in settlement negotiations).

Accordingly, the parties stipulate that the deadline for the Joint Pretrial Order be extended for twenty-eight (28) days from July 12, 2018 to August 9, 2018.

**IT IS SO STIPULATED**.

DATED this 12th day of July, 2018                    DATED this 12th day of July, 2018

-2-

1508569.v1

| KOLESAR & LEATHAM | BORGHESE LEGAL, LTD. |
|---|---|
| By /s/ Sharon E. Calhoun<br>    SCOTT R. COOK, ESQ.<br>    Nevada Bar No. 005265<br>    JONATHAN D. BLUM, ESQ.<br>    Nevada Bar No. 009515<br>    400 South Rampart Boulevard, Suite 400<br>    Las Vegas, Nevada 89145<br>    scook@klnevada.com<br>    jblum@klnevada.com<br><br>SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) *Admitted Pro Hac Vice*<br>SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*<br>HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*<br>**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Telephone: (312) 984-3100<br>scott.slavick@bfkn.com<br>sharon.calhoun@bfkn.com<br>hannah.jurowicz@bfkn.com<br><br>Attorneys for Defendant<br>Affordable Care, LLC | By /s/<br>    MARK BORGHESE, ESQ.<br>    Nevada Bar No. 6231<br>    10161 Park Run Drive, Suite 150<br>    Las Vegas, Nevada 89145<br>    mark@borgheselegal.com<br><br>MICHAEL R. MUSHKIN, ESQ.<br>Nevada Bar No. 2421<br>**MICHAEL R. MUSHKIN & ASSOCIATES P.C.**<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>michael@mushlaw.com<br><br><br>Attorneys for Plaintiff<br>Boston Dental Group, LLC |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 13, 2018

-3-

1508569.v1