SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:    scook@klnevada.com
           jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-Mail:    scott.slavick@bfkn.com
           sharon.calhoun@bfkn.com
           hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company, | Case No.:  2:16-cv-01636-RFB-CWH |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND THE PRETRIAL ORDER DEADLINE TWENTY-EIGHT (28) DAYS TO NOVEMBER 29, 2018** |
| vs. | **(EIGHTH REQUEST)** |
| AFFORDABLE CARE, LLC, a North Carolina limited liability company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

Pursuant to LR IA 6-1 and 6-2, it is hereby agreed to and stipulated between Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"), by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum & Nagelberg LLP, on the other hand, to a twenty-eight (28) day extension of the November 1, 2018 Joint Pretrial Order deadline, until November 29, 2018, for the purpose of allowing the parties to finalize a settlement agreement, as further set forth herein. This is the eighth stipulation for an extension of time to extend the Joint Pretrial Order deadline.

On October 5, 2018, this Court extended the Pretrial Order deadline to November 1, 2018 to allow the parties time to finalize a settlement agreement in principle. Since that time, the parties have finalized the settlement agreement and are awaiting signatures. In accordance with the terms of the agreement, the parties anticipate filing a stipulation of dismissal of the litigation shortly. Accordingly, the parties seek a brief twenty-eight (28) day extension of the Joint Pretrial Order deadline in order to execute the settlement agreement. The litigation of this matter will be best served by the proposed extension. There is good cause to grant the parties' eighth stipulation for extension of time because the parties only seek the extension to allow time to execute the settlement agreement. *See Fernandez v. N.V.*, Case No. 2011 WL 3957612 at *2 (Dist. Nev. Sept. 6, 2011) (granting motion for extension of time to file pretrial brief because parties engaged in settlement negotiations).

Accordingly, the parties stipulate that the deadline for the Joint Pretrial Order be extended for twenty-eight (28) days from November 1, 2018 to November 29, 2018.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 1st day of November, 2018<br>**KOLESAR & LEATHAM** | DATED this 1st day of November, 2018<br>**BORGHESE LEGAL, LTD.** |
| By */s/ Sharon E. Calhoun*<br>SCOTT R. COOK, ESQ.<br>Nevada Bar No. 005265<br>JONATHAN D. BLUM, ESQ.<br>Nevada Bar No. 009515<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>scook@klnevada.com<br>jblum@klnevada.com | By */s/ Mark Borghese*<br>MARK BORGHESE, ESQ.<br>Nevada Bar No. 6231<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>mark@borgheselegal.com |
| SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) *Admitted Pro Hac Vice*<br>SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*<br>HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*<br>**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Telephone: (312) 984-3100<br>scott.slavick@bfkn.com<br>sharon.calhoun@bfkn.com<br>hannah.jurowicz@bfkn.com | MICHAEL R. MUSHKIN, ESQ.<br>Nevada Bar No. 2421<br>**MICHAEL R. MUSHKIN & ASSOCIATES P.C.**<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>michael@mushlaw.com<br><br>Attorneys for Plaintiff<br>Boston Dental Group, LLC |
| Attorneys for Defendant<br>Affordable Care, LLC | |

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 5, 2018