SCOTT R. COOK, ESQ.
Nevada Bar No. 005265
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:  scook@klnevada.com
 jblum@klnevada.com

-and-

SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) – *Admitted Pro Hac Vice*
SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*
HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*
**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**
200 W. Madison Street, Suite 3900
Chicago, Illinois 60606
Telephone:  (312) 984-3100
Facsimile:  (312) 984-3150
E-Mail:  scott.slavick@bfkn.com
 sharon.calhoun@bfkn.com
 hannah.jurowicz@bfkn.com

Attorneys for Defendant
AFFORDABLE CARE, LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOSTON DENTAL GROUP, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AFFORDABLE CARE, LLC, a North Carolina limited liability company,<br><br>Defendant.<br>AND RELATED COUNTERCLAIM | Case No.:  2:16-cv-01636-RFB-CWH<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |

1

Pursuant to an agreement reached between Plaintiff/Counterclaim Defendant Boston Dental Group, LLC ("Boston Dental"), by and through its counsel, Michael R. Mushkin & Associates P.C. and Borghese Legal, Ltd., on the one hand, and Defendant/Counterclaim Plaintiff Affordable Care, LLC ("Affordable Care"), by and through its counsel, Kolesar & Leatham and Barack Ferrazzano Kirschbaum & Nagelberg LLP, the Parties hereby stipulate that:

1. The Stipulation and Order Regarding Satisfaction of Attorneys' Fees and Costs Incurred entered as Docket #82 on December 20, 2017 is <u>VACATED</u>.

2. This action be dismissed without prejudice, each party to bear its own costs and fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. With the consent of the Court, the Court shall retain jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this November 27, 2018 | DATED this November 27, 2018 |
| **KOLESAR & LEATHAM** | **BORGHESE LEGAL, LTD.** |
| By /s/ Sharon E. Calhoun<br>SCOTT R. COOK, ESQ.<br>Nevada Bar No. 005265<br>JONATHAN D. BLUM, ESQ.<br>Nevada Bar No. 009515<br>400 South Rampart Boulevard, Suite 400<br>Las Vegas, Nevada 89145<br>scook@klnevada.com<br>jblum@klnevada.com | By /s/ Mark Borghese<br>MARK BORGHESE, ESQ.<br>Nevada Bar No. 6231<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>mark@borgheselegal.com |
| SCOTT J. SLAVICK, ESQ. (IL Bar No. 6256681) *Admitted Pro Hac Vice*<br>SHARON E. CALHOUN, ESQ. (IL Bar No. 6294212) - *Admitted Pro Hac Vice*<br>HANNAH Y. JUROWICZ, ESQ. (IL Bar No. 6317050) – *Admitted Pro Hac Vice*<br>**BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP**<br>200 W. Madison Street, Suite 3900<br>Chicago, Illinois 60606<br>Telephone: (312) 984-3100<br>scott.slavick@bfkn.com<br>sharon.calhoun@bfkn.com<br>hannah.jurowicz@bfkn.com | MICHAEL R. MUSHKIN, ESQ.<br>Nevada Bar No. 2421<br>**MICHAEL R. MUSHKIN & ASSOCIATES P.C**<br>4475 S. Pecos Road<br>Las Vegas, Nevada 89121<br>michael@mushlaw.com<br><br><br>Attorneys for Plaintiff<br>Boston Dental Group, LLC |
| Attorneys for Defendant<br>Affordable Care, LLC | |

## **ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: November 29, 2018.

# CERTIFICATE OF SERVICE

I am a resident of Clark County, Nevada and am over the age of 18 years and not a party to the action. My business address is: 10161 Park Run Drive, Suite 150, Las Vegas, Nevada, 89145.

On **November 27, 2018**, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**EMAIL:** By transmitting a copy of the document to the electronic-mail address designated by the attorney or the party who has consented to such manner of service.

**E-FILE:** Automatically through the court's electronic filing system.

**FAX SERVICE:** by transmitting to a facsimile machine maintained by the attorney or the party who has consented to such manner of service.

**MAIL SERVICE:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Mark Borghese*
An employee of BORGHESE LEGAL, LTD.

**SERVICE LIST**

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Scott R. Cook, Esq.<br>Jonathan D. Blum, Esq.<br>**Kolesar & Leatham**<br>400 South Rampart Blvd., Suite 400<br>Las Vegas, NV 89145<br><br>Email: *scook@klnevada.com,*<br>*jblum@klnevada.com* | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |
| Scott J. Slavick, Esq.<br>Sharon E. Calhoun, Esq.<br>Hannah Y. Jurowicz, Esq.<br>**Barack Ferrazzano Kirschbaum & Nagelberg LLP**<br>200 W. Madison St., Suite 3900<br>Chicago, IL 60606<br><br>Email*: hannah.jurowicz@bfkn.com,*<br>*sharon.calhoun@bfkn.com,*<br>*scott.slavick@bfkn.com* | Attorneys for Defendant | ☐ Personal service<br>☐ Email<br>☒ E-File<br>☐ Fax service<br>☐ Mail service |